


BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15 CR 00325 LJO SKO |
| Plaintiff, | |
| v. | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(E), FEDERAL RULES OF CRIMINAL PROCEDURE |
| FERNANDO ALANIS, | |
| Defendant. | |

The United States of America moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 19, 2015, charging the above defendant with violations of 18 U.S.C. Section 1341 - Mail Fraud, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except where necessary for the issuance and execution of the warrants.

DATED: November 19, 2015              BENJAMIN B. WAGNER
                                      United States Attorney

                            By: _____
                                HENRY Z. CARBAJAL III
                                Assistant U.S. Attorney

IT IS SO ORDERED this 19th day of November, 2015

                                    _____
                                    U.S. Magistrate Judge