1 | BENJAMIN B. WAGNER
United States Attorney
2 | VINCENZA RABENN
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099



FILED

DEC 24 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00325 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER UNSEALING INDICTMENT AND ARREST WARRANT |
| FERNANDO ALANIS, | |
| Defendant. | |

The Indictment and Arrest Warrant in this case having been sealed on November 19, 2015, and it appearing that materials are not required to remain secret based upon the motion submitted by the United States,

IT IS HEREBY ORDERED that the Indictment and Arrest Warrant be unsealed and made public record.

Dated: December 23, 2015

_____
Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

2