NICHOLAS F. REYES, SBN #102114
Law Offices of Nicholas F. Reyes
1107 "R" Street
Fresno, CA 93721
Telephone:  (559) 486-4500
Facsimile:   (559) 486-4533
Email: nfreyeslaw@gmail.com

Attorneys for Defendants
FERNANDO ALANIS



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>FERNANDO ALANIS,<br><br>               Defendant. | CASE NO.  1:15-CR-325-LJO-SKO<br><br>**STIPULATED ORDER MODIFYING RELEASE CONDITIONS PERMITTING DEFENDANT TO TRAVEL** |
|---|---|

Defendant, FERNANDO ALANIS, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, HENRY Z. CARBAJAL, III, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, the parties are in agreement and request this Court approve the following stipulation:

IT IS HEREBY STIPULATED:

Defendant, FERNANDO ALANIS, presently on pretrial release Conditions including travel restriction outside of the Eastern District of California, shall be permitted to travel to Las Vegas, Nevada on Saturday, July 16, 2016, and return

1  Sunday, July 17, 2016. Defendant's son Daniel Alanis is scheduled to return to Texas to
2  begin school. His flight is scheduled for July 17, 2016, departing from Las Vegas,
3
4  Nevada. Mr. Alanis needs to transport his son to the airport to board his flight. All
5  other pretrial release conditions shall remain in effect. The Pretrial Services
6  Officer has been advised of this request.
7
8  IT IS SO STIPULATED.
                                            Respectfully Submitted,
9
10 Dated: July 12, 2016                     /s/ Nicholas F. Reyes
                                            NICHOLAS F. REYES, ESQ.
11                                          Attorney for Defendant
12
   IT IS SO STIPULATED.
13
14 Dated:  July 12, 2016                    /s/ Henry Z. Carbajal
                                            HENRY Z. CARBAJAL, III
15                                          Assistant United States Attorney
16
17 WHEREAS, the parties are in agreement and stipulated as follows:
18
       **IT IS HEREBY ORDERED AS FOLLOWS**:
19
20     Defendant, FERNANDO ALANIS, presently on pretrial release conditions
21 including travel restrictions, shall be permitted to travel to Las Vegas, Nevada on
22
   Saturday, July 16, 2016 and return on Sunday, July 17, 2016. All other pretrial
23
24 conditions shall remain in effect.
25     **IT IS SO ORDERED.**
26
   Dated: July 13, 2016
27
                                            SHEILA K. OBERTO
28                                          U.S. District Court Judge