# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00325-LJO-SKO |
| Plaintiff, | ORDER RECALLING WARRANT |
| v. | |
| FERNANDO ALANIS, | |
| Defendant. | |

On September 25, 2017, a warrant was issued upon the filing of a pretrial release violation petition. On September 26, 2017, Defendant appeared for a pretrial release violation hearing. Accordingly, the warrant issued September 25, 2017, is HEREBY RECALLED.

IT IS SO ORDERED.

Dated: **September 27, 2017**

UNITED STATES MAGISTRATE JUDGE

1