# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00325-LJO-SKO |
| Plaintiff, | ORDER RE PRETRIAL VIOLATION PETITION CONDITIONS OF RELEASE |
| v. | (ECF No. 34) |
| FERNANDO ALANIS, | |
| Defendant. | |

On September 25, 2017 a pretrial release violation petition was filed as to Defendant Fernando Alanis and an arrest warrant issued. (ECF No. 25.) On September 26, 2017, Defendant made an initial appearance on the pretrial release violation petition, the conditions of release were modified, and the warrant was recalled. (ECF Nos. 29, 30, 31.) The defendant entered a denial and the matter was continued for a contested pretrial violation hearing. The government sought detention of the defendant pending that contested hearing. The Court denied that request, but entered additional conditions of release pending the contested hearing.

On October 4, 2017, a contested hearing on the pretrial release petition was held before the undersigned. Counsel Henry Carbajal appeared for the Government and counsel Nicholas Reyes appeared for the defendant. After presentation of evidence at a contested hearing, the Court found Defendant in violation of his pretrial release conditions by clear and convincing evidence. The Court further found that the combination of conditions imposed at the September

26, 2017 initial appearance and those additional conditions imposed at the October 4, 2017 contested hearing will reasonably assure Defendant's appearance and the safety of the community.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.     Defendant shall obey those conditions of pretrial release as stated on the record at the September 26, 2017, and October 4, 2017 hearings; and

2.     Defendant shall appear before District Judge Lawrence J. O'Neill on October 16, 2017, at 8:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated:   **October 5, 2017**

UNITED STATES MAGISTRATE JUDGE

2