PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
VINCENZA RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00325 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | DATE: January 8, 2018 |
| FERNANDO ALANIS, | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 8, 2018 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing for defendant until **March 12, 2018 at 8:30 a.m.**

3. The parties request the continuance so that defendant Alanis has adequate time and opportunity to fulfill all of his obligations pursuant to her plea agreement. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be re-set for sentencing on March 12, 2018, at 8:30 a.m.

1

4. The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED: December 19, 2017

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: December 19, 2017

/s/Nicholas F. Reyes
NICHOLAS F. REYES
Counsel for Defendant
FERNANDO ALANIS

**O R D E R**

IT IS SO ORDERED.

Dated: **December 20, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE