1  NICHOLAS F. REYES, SBN #102114
   Law Offices of Nicholas F. Reyes
2  1107 "R" Street
   Fresno, CA 93721
3  Telephone: (559) 486-4500
   Facsimile: (559) 486-4533
4  Email: nfreyeslaw@gmail.com

5  Attorneys for Defendants
   FERNANDO ALANIS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA          | CASE NO. 1:15-CR-325-LJO-SKO

11                      Plaintiff,    | STIPULATION TO MODIFY PRETRIAL
                                      | RELEASE CONDITIONS AND ORDER
12              v.

13 FERNANDO ALANIS,

14                      Defendant.

15

16     Defendant, FERNANDO ALANIS, by and through his counsel of record,

17 NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through

18 its counsel of record, VINCENZA RABEENN and HENRY Z. CARBAJAL, III, Assistant

19
   United States Attorney for the Eastern District of California, hereby stipulate as
20
   follows:
21

22     WHEREAS, Defendant, FERNANDO ALANIS, has traveled and lived in the

23
   Eastern District of California and in Roma City, Texas (Southern District of Texas)
24
25 throughout the pendency of these proceedings. He will now be working in Pecos,

26 Texas, located in the Western District of Texas.

27
       WHEREAS the defendant has completed his regular employment through
28

                                      1

harvest season and routinely returns to Texas for employment for the Winter season.

WHEREAS, the parties are in agreement and request this Court approve the following modification of the pretrial release conditions:

IT IS HEREBY STIPULATED:

Condition 8(i) shall read as follows:

"No travel outside the Southern District and Western District of Texas without permission of the Court, but has permission to travel to the Eastern District of California for all court appearances and attorney consultations.  NO TRAVEL TO MEXICO."

The condition of release #7, dated October 5, 2017, restricting travel to the Eastern District of California (Court Docket Document Number 36) is modified to allow travel to include the Southern and Western District of Texas.

IT IS SO STIPULATED.

                                                                    Respectfully Submitted,

Dated: December 20, 2017                     /s/ Nicholas F. Reyes
                                                                    NICHOLAS F. REYES, ESQ.
                                                                    Attorney for Defendant

IT IS SO STIPULATED.

Dated:  December 20, 2017                    /s/ Henry Z. Carbajal
                                                                    HENRY Z. CARBAJAL, III
                                                                    Assistant United States Attorney

Dated:  December 20, 2017                    /s/ Vincenza Rabenn
                                                                    VINCENZA RABENN
                                                                    Assistant United States Attorney

WHEREAS, the parties are in agreement and stipulated as follows:

**IT IS HEREBY ORDERED AS FOLLOWS**:

Defendant, FERNANDO ALANIS, shall be allowed to travel to the Southern and Western District of Texas. All other pretrial conditions shall remain in effect.

IT IS SO ORDERED.

Dated: __December 20, 2017__      __/s/ Lawrence J. O'Neill__
UNITED STATES CHIEF DISTRICT JUDGE