MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00325 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION RE RESTITUTION SCHEDULE; ORDER |
| v. | JUDGE: Hon. Lawrence J. O'Neill |
| FERNANDO ALANIS, | DATE: September 24, 2018 |
| | TIME: 8:30 a.m. |
| Defendant. | COURTROOM: Four |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant was sentenced by the Court on June 4, 2018, following conviction after a guilty plea to two counts of mail fraud (18 U.S.C. § 1341).

2. Prior to sentencing, the government submitted a calculation of the restitution amount to the Probation Office. The defendant agreed in his plea agreement to pay the full amount of restitution to all victims and that restitution was mandated by statute. Dkt. No. 37, Plea Agreement, at 2-3. However, the defendant did not agree to an exact amount of restitution, only that restitution would not exceed $456,548.

1

3. The parties are still attempting to reach agreement as to the exact restitution amount owed by the defendant. The parties therefore jointly request that a restitution hearing be set for **September 24, 2018, at 8:30 a.m**. The parties expect that in the interim, they will reach agreement as to the restitution amount owed, and will submit a stipulation and proposed order reflecting that agreement.

4. This stipulation and proposed order is submitted within 90 days of the defendant's sentencing hearing pursuant to 18 U.S.C. § 3664(d).

5. Pursuant to *Dolan v. United States*, 560 U.S. 605, 608 (2010), the parties request that the Court find that it will order restitution in this case, leaving open only the amount of restitution to be determined past the 90 day time limitation in 18 U.S.C. § 3664(d), so that any restitution hearing and determination can be held in accordance with 18 U.S.C. § 3664(d) and *Dolan v. United States*, 560 U.S. 605 (2010).

IT IS SO STIPULATED.

DATED: August 31, 2018

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: August 31, 2018

/s/Nicholas F. Reyes
NICHOLAS F. REYES
Counsel for Defendant
FERNANDO ALANIS

**O R D E R**

The Court further finds that it will order restitution in this case, leaving open only the amount of restitution to be determined on or before the restitution hearing on September 24, 2018, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **September 4, 2018**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE