MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00325 LJO-SKO |
|---|---|
| Plaintiff, | SECOND STIPULATION RE RESTITUTION SCHEDULE; ORDER |
| v. | |
| FERNANDO ALANIS, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | DATE: October 22, 2018<br>TIME: 8:30 a.m.<br>COURTROOM: Four |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant was sentenced by the Court on June 4, 2018, following conviction after a guilty plea to two counts of mail fraud (18 U.S.C. § 1341).

2. Prior to sentencing, the government submitted a calculation of the restitution amount to the Probation Office. The defendant agreed in his plea agreement to pay the full amount of restitution to all victims and that restitution was mandated by statute. Dkt. No. 37, Plea Agreement, at 2-3. However, the defendant did not agree to an exact amount of restitution, only that restitution would not exceed $456,548.

1

3. By prior Court order, the Court set a restitution hearing for September 24, 2018 at 8:30 a.m.

4. The government has submitted to the defendant a proposed stipulation as to the exact restitution amount owed by the defendant. However, defense counsel needs additional time to confer with his client on the government's proposal and receive authorization to enter into the stipulation. As the defendant is incarcerated out of state in Texas, the defense is requesting that the restitution hearing be continued for approximately 30 days. The parties therefore jointly request that a restitution hearing be set for **October 22, 2018, at 8:30 a.m**. The parties expect that in the interim, they will reach agreement as to the restitution amount owed, and will submit a stipulation and proposed order reflecting that agreement. The parties will make every effort to avoid any further continuances of the restitution hearing.

5. Given prior Court orders in this case, the continued restitution hearing would be held in accordance with 18 U.S.C. § 3664(d) and *Dolan v. United States*, 560 U.S. 605 (2010).

IT IS SO STIPULATED.

DATED: September 20, 2018
/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: September 20, 2018
/s/Nicholas F. Reyes
NICHOLAS F. REYES
Counsel for Defendant
FERNANDO ALANIS

**O R D E R**

The restitution hearing in the above-captioned case is continued to October 22, 2018, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **September 20, 2018**    /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2