MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00325 LJO-SKO |
| Plaintiff, | STIPULATION RE RESTITUTION; ORDER |
| v. | DATE: November 26, 2018<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |
| FERNANDO ALANIS, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant was sentenced by the Court on June 4, 2018, following conviction after a guilty plea of two counts of mail fraud (18 U.S.C. § 1341).

2. Pursuant to 18 U.S.C. § 3664(d)(5), the Court set a hearing on restitution to determine victim's losses for November 26, 2018, at 8:30 a.m.

3. The parties have reached this agreement and stipulation as to the restitution amount owed by the defendant, as set forth below. The parties therefore jointly request that the agreed restitution be incorporated into the judgment.

1

4. The parties agree and stipulate, and request that the Court find the following:

a. The total amount of restitution owed by defendant Alanis is $456,548, owed to the victim California Employment Development Department. The restitution shall be paid to Employment Development Department, Benefit Overpayment Collections, Attn: Michael Pitts, P.O. Box 826806, MIC 91, Sacramento, California 95814.

b. The parties also acknowledge and agree that defendant Alanis may seek a reduction in his restitution balance owed based on administrative collection actions taken by the Employment Development Department against other individuals that received unemployment insurance benefits in connection with this case. Defendant Alanis may seek this reduction in the form of a motion or stipulation and proposed order after meeting and conferring with the government regarding the results of collection actions taken by the Employment Development Department in connection with this case.

c. The parties' stipulation and the agreed total restitution amount satisfy the requirements of 18 U.S.C. § 3664(d)(5).

d. Defendant Alanis agrees that the judgment and commitment issued in his case will include the restitution amount of $456,548.

e. Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of restitution remains unpaid after release from custody, the United States Probation Officer assigned to Fernando Alanis shall set a schedule ordering payments depending on the defendant's monthly income, but not less than $50.00 per month, during the period of supervised release, such payments to begin 120 days after the commencement of supervision. The interest is waived.

/ / /

IT IS SO STIPULATED.

DATED: November 21, 2018

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: November 21, 2018

/s/Nicholas F. Reyes
NICHOLAS F. REYES
Counsel for Defendant
FERNANDO ALANIS

**O R D E R**

IT IS SO ORDERED.

Dated: **November 21, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE