1  NICHOLAS F. REYES, SBN #102114
   Law Offices of Nicholas F. Reyes
2  1107 "R" Street
   Fresno, CA 93721
3  Telephone: (559) 486-4500
   Facsimile: (559) 486-4533
4  Email: nfreyeslaw@gmail.com

5  Attorneys for Defendants
   FERNANDO ALANIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-325-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO EXONERATE BOND AND ORDER** |
| v. | |
| FERNANDO ALANIS, | |
| Defendant. | |

Defendant, FERNANDO ALANIS, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, HENRY Z. CARBAJAL, III, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

DIANA RODRIGUEZ ALANIS posted a $10,000 (Ten thousand dollars) cash bond for the pretrial release of Defendant Fernando Alanis. Defendant Alanis was sentenced on June 4, 2018, and is presently incarcerated at FCI Beaumont Low serving a 39-month sentence.

IT IS HEREBY STIPULATED that the cash bond posted for Defendant Alanis be exonerated and returned to the surety Diana Rodriguez Alanis.

1

IT IS SO STIPULATED.

                Respectfully Submitted,

Dated: May 15, 2019        /s/ Nicholas F. Reyes
                NICHOLAS F. REYES, ESQ.
                Attorney for Defendant

IT IS SO STIPULATED.

Dated: May 15, 2019        /s/ Henry Z. Carbajal
                HENRY Z. CARBAJAL, III
                Assistant United States Attorney

## ORDER

WHEREAS, the parties are in agreement and stipulated as follows:

Bond posted by Surety Diana Rodriguez Alanis is exonerated.

IT IS SO ORDERED.

 Dated: **May 15, 2019**        **/s/ Lawrence J. O'Neill**
                UNITED STATES CHIEF DISTRICT JUDGE